IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROLINE LEE,

    Plaintiff,

  v.

IHOP ENTERPRISES, INC., et al.,

    Defendants.
    _____/

No. C 09-03106 CW

ORDER ON MOTION TO DISMISS BRIEFING

    The Court grants Plaintiff Caroline Lee's request to extend the time to file an opposition to Defendants' motion to dismiss. Her opposition will be due on October 15 and Defendants' reply will be due on October 29. **If Plaintiff fails to file a timely opposition, her case will be dismissed for failure to prosecute.** The matter will be submitted on the papers and the case will not be reassigned to a judge in San Francisco. The Court vacates the hearing scheduled for September 24.

    IT IS SO ORDERED.

Dated: 9/1/09

                                      CLAUDIA WILKEN
                                      United States District Judge

<b>United States District Court</b><br>For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE et al, | Case Number: CV09-03106 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| IHOP ENTERPRISES, INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Caroline Lee
880 Meridian Bay Lane #322
Foster City, CA 94404

Dated: September 1, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk