**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                        No. C 09-03106 CW
9    CAROLINE LEE,
                                        ORDER DENYING
10            Plaintiff,                 PLAINTIFF'S REQUEST
                                        TO EXTEND BRIEFING
11       v.                              SCHEDULE

12   IHOP ENTERPRISES, INC. et al.,

13            Defendants.
                                                    /
14

15        The Court has already extended the time Plaintiff may file her

16   opposition to Defendants' motion to dismiss.  She has not shown

17   good cause for a further extension.  Her opposition will be due on

18   October 15 and Defendants' reply will be due on October 29.  **If**

19   **Plaintiff fails to file a timely opposition, her case will be**

20   **dismissed for failure to prosecute.**

21        IT IS SO ORDERED.

22

23   Dated: 10/6/09
                          _____
24                        CLAUDIA WILKEN
                          United States District Judge
25

26

27

28

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

LEE et al,

4

Case Number: CV09-03106 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

IHOP ENTERPRISES, INC. et al,

7

Defendant.

8

                                                /

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

10

Court, Northern District of California.

That on October 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said

11

copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

12

envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

Caroline  Lee

15

880 Meridian Bay Lane #322

16

Foster City,  CA 94404

17

Dated: October 6, 2009

Richard W. Wieking, Clerk

18

By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

2