**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                        No. C 09-03106 CW
9    CAROLINE LEE,
                                        ORDER DISMISSING
10           Plaintiff,                  CASE FOR FAILURE TO
                                        PROSECUTE
11       v.

12   IHOP ENTERPRISES, INC., et al.,

13           Defendants.
                                                    /
14

15       Plaintiff Caroline Lee's opposition to Defendants' motion to

16   dismiss was due October 15.  She was twice warned that failure to

17   file her opposition by this date would result in dismissal of her

18   case for failure to prosecute.  To date, she has not filed her

19   opposition.  Accordingly, the Court dismisses Plaintiff's case for

20   failure to prosecute and denies Defendants' motion to dismiss as

21   moot.

22       IT IS SO ORDERED.

23

24   Dated: 10/16/09
                         _____
25                       CLAUDIA WILKEN
                         United States District Judge
26

27

28

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

LEE et al,

Case Number: CV09-03106 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

IHOP ENTERPRISES, INC. et al,

7

Defendant.

8 _____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on October 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Caroline  Lee
880 Meridian Bay Lane #322

16

Foster City,  CA 94404

17

Dated: October 16, 2009

Richard W. Wieking, Clerk

18

By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

2